Before sentence date _9/18/15_
Motion for new trial filed ___ No ☑ Yes ☐ Date _____

THE STATE OF TEXAS

VS.

_Adrian Ayers_

DALLAS COUNTY, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/22/2015 4:18:15 PM
LISA MATZ
Clerk

CAUSE NO. F _12-72317_-

_____ DISTRICT COURT # 2

# DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH
# APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn upon oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Felicia Pitre
District Clerk
Dallas County, Texas

By _____
Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel, it is Ordered the Honorable

_PD Appellate_ _____ Address: _133 N. Riverfront Blvd Dallas 75207_

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe al of the notes as same may appertain to his cause and as taken during the

trial of this cause which began on _____

and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Gracie Lewis
Judge

THE STATE OF TEXAS

VS.

_Dalcian Ayers_

CAUSE NO. F / 2 - ?//7 -

_Crim_ DISTRICT COURT #3

DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [ *or* ]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [ *or* ]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [ *or* ]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [ *or* ]

☐ the defendant has waived the right of appeal.

_Gracie Lewis_
**Judge**

_9-21-15_
**Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Defendant
Mailing address:
Telephone number:
Fax number (if any):

Defendant's Counsel
State Bar of Texas ID number: _18_ _r_ _/_ _s_ _r_ _o_
Mailing address:
Telephone number:
Fax number (if any):

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case – that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal" TEXAS RULE OF APPELLATE PROCEEDURE 25.2(a)(2)


# THIS CASE IS ON APPEAL

CASE NO. F-1272313-J
INCIDENT NO./TRN: 9176220346

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| V. | § | COURT #3 |
| | § | |
| DADRIAN NAKIA AYERS | § | DALLAS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04838383 | § | |

## JUDGMENT ADJUDICATING GUILT

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. **Gracie Lewis** | Date Judgment Entered: | **9/18/2015** |
| Attorney for State: | **Gary Mcdonald** | Attorney for Defendant: | **Gary Smart** |

| Date of Original Community Supervision Order: | Statute for Offense: |
|---|---|
| **4/30/2013** | **29.02 Penal Code** |

Offense for which Defendant Convicted:
**ROBBERY**

Date of Offense:
**10/20/2012**

| Degree: | Plea to Motion to Adjudicate: | Findings on Deadly Weapon: |
|---|---|---|
| **2ND DEGREE FELONY** | **NOT TRUE** | **N/A** |

Terms of Plea Bargain:
**N/A**

| | | | |
|---|---|---|---|
| Date Sentence Imposed: | **9/18/2015** | Date Sentence to Commence: | **9/18/2015** |

| Punishment and Place of Confinement: | **20 YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ **N/A** | $ | $ **N/A** | (see below) ☐ AGENCY/AGENT ☐ VICTIM |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | |
|---|---|
| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
| | From **2/7/2013** to **4/30/2013**  From **6/17/2015** to **9/18/2015**  From  to |
| Time Credited: | From  to  From  to  From  to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS**  NOTES: **N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

The Court previously deferred adjudication of guilt in this case. Subsequently, the Court heard the matter of Defendant's compliance with and obedience to the terms and conditions of the Court's Order of Deferred Adjudication of Guilt. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.



After hearing and considering the evidence presented by both sides, the Court FINDS THE FOLLOWING: (1) The Court previously found the Defendant to be qualified for community supervision; (2) The Court DEFERRED further proceedings, made no finding of guilt, and rendered no judgment; (3) The Court issued an order placing Defendant on community supervision for a period of 4 YEARS; (4) The Court assessed a fine of $        ; (5) While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's AMENDED Motion to Adjudicate Guilt as follows:
See attached Motion to Adjudicate Guilt.

Accordingly, the Court GRANTS the State's Motion to Adjudicate the Defendant's Guilt in the above cause. FINDING the Defendant committed the offense on the date as noted above, the Court ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

X _Gracie H. Lewis_

Gracie Lewis
JUDGE PRESIDING

Clerk: C. Hamill

**DEFENDANT EXCEPTS AND GIVES NOTICE OF APPEAL TO THE COURT OF APPEALS, FIFTH DISTRICT OF TEXAS AT DALLAS**

*Certificate of Thumbprint attached.

Right Thumbprint*

CAUSE NO.: F1272313J, F1352291J          CDC #3

THE STATE OF TEXAS                       DALLAS COUNTY, TEXAS

VS.
DADRIAN NAKIA AYERS                      July          TERM, 2015

**AMENDED**
~~MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT~~

  COMES NOW the State of Texas by and through her Criminal District Attorney and would show the Court the following:

  That _____ DADRIAN NAKIA AYERS _____, Defendant, was duly and legally placed on probation for a period of _____4_____ years in the above entitled and numbered cause in _____ CDC #3 _____ of Dallas County, Texas, on the 30th day of April, A.D., 2013 _____ for the offense of:

### ROBBERY

  That the Defendant has violated the following conditions _____ A,A,A,J,N _____ of said supervision in that;

### SEE ATTACHED PAGE(S)

  This violation-offense occurred after _____ 04/30/2013 _____ and during the term of Supervision.

  WHEREFORE, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why the Court should not revoke probation or proceed with an adjudication of guilt on the original charge.

  This the 27th day of August, A.D., 2015

```
*****************************************
*      F I L E D          *
*      08/27/2015         *
*      Felicia Pitre      *
*   DISTRICT CLERK        *
*   DALLAS CO., TEXAS     *
*                         *
*      DEPUTY             *
*****************************************
```

Susan Hawk
District Attorney
Dallas County, Texas

BY: _____
Assistant District Attorney

A copy of this motion was delivered to the Defendant on the 27th day of ____August____ A.D., 20_15_

_____
CSO

I received a copy of this motion on the 27th day of ____August____ A.D., 20_15_

ML#: C-525255

_____
Defendant

CAUSE NO.:   F1272313J, f1352291J                    CDC #3

THE STATE OF TEXAS                                   DALLAS COUNTY, TEXAS

VS.
DADRIAN NAKIA AYERS                        July        TERM, 2015
                                AMENDED
MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

(a) DADRIAN NAKIA AYERS did violate condition (a) by violating the laws of the State of Texas in that on or about 6/17/2015 in Dallas County, Texas, s(he) did knowingly and intentionally threaten Cedric Washington with imminent bodily injury and did exhibit a deadly weapon to wit: a firearm, during the commission of the assault.

(a) DADRIAN NAKIA AYERS did violate condition (a) by violating the laws of the State of Texas in that on or about 6/17/15 in Dallas County, Texas, s(he) did knowingly and intentionally threaten Shateria Washington with imminent bodily injury and did exhibit a deadly weapon to with: a firearm, during the commission of the assault.

(a) DADRIAN NAKIA AYERS did violate condition (a) by violating the laws of the State of Texas in that on or about 6/17/15 in Dallas County, Texas, s(he) did possess a firearm during the commission of the assault on Cedric Washington.

(a) DADRIAN NAKIA AYERS did violate condition (a) by violating the laws of the State of Texas in that on or about 6/17/15 in Dallas County, Texas, s(he) did possess a firearm during the commission of the assault on Shateria Washington.

(j) DADRIAN NAKIA AYERS did violate condition (j) in that s(he) did not pay community supervision fees as directed and is currently delinquent.

(n) DADRIAN NAKIA AYRS did violate condition (n) in that s(he) did not pay the Urinalysis fee as ordered by the court and is currently delinquent.

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

**THE STATE OF TEXAS**

CAUSE NO. F /2 72313 -J

**VS.**

___CRIMINAL___ **DISTRICT COURT #3**

Adrian Ayers

**DALLAS COUNTY, TEXAS**

**RIGHT THUMB**

DEFENDANT'S _____ HAND

**THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.**

DONE IN COURT THIS _18_ DAY OF ___September___, 20 _15_.

_____
BAILIFF/DEPUTY SHERIFF

*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:

_____ LEFT THUMBPRINT          _____ LEFT/RIGHT INDEX FINGER

_____ OTHER, _____

SIGNED AND ENTERED ON THIS _18_ DAY OF ___September___, 20 _15_.

_____
**PRESIDING JUDGE**